## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CLARENCE WOOD, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) Civil Action No. 17-cv-06348 |
| v. | ) |
| | ) Hon. Samuel Der-Yeghiayan |
| NORTHLAND GROUP, | ) |
| | ) Magistrate Judge Young B. Kim |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, that the above referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal with Prejudice herein.

Dated: November 29, 2017

Respectfully submitted,

By: */s/Celetha C. Chatman*

Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com

# CERTIFICATE OF SERVICE

I, Celetha Chatman, an attorney, hereby certify that on November 29, 2017, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: November 29, 2017**                                                                 Respectfully submitted,

                                                                                By:     /s/ *Celetha Chatman*

                                                                                Celetha Chatman
                                                                                Michael Wood
                                                                                ***Community Lawyers Group, Ltd.***
                                                                                73 W. Monroe Street, Suite 514
                                                                                Chicago, IL 60603
                                                                                (312)757-1880
                                                                                chatman@communitylawyersgroup.com
                                                                                mwood@communitylawyersgroup.com