# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Clarence Wood
        Plaintiff,

v.                                     Case No.: 1:17–cv–06348
                                            Honorable Samuel Der–Yeghiayan

Northland Group
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 30, 2017:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Based on the parties' filings and notice of settlement, this action is dismissed. The parties are advanced leave to reinstate by 2/28/18. Civil case terminated. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.